AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    KENTUCKY (SOUTHERN DIV)

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
| V. | |
| RODNEY SCOTT PHELPS | Case Number:  6:17-CR-36-1-GFVT-HAI |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hanly A. Ingram | Kathryn Anderson | Gregory A. Ousley |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/17/2017 Bond Hearing | Audio File Number | Kim Allen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 7/17/2017 | | | USPO Matthew Armstrong |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages