UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – GENERAL

Case No. 6:17-CR-036-CHB   At London   Date March 19, 2019

USA vs. Rodney Scott Phelps   X present   ___ custody   X bond   ___ OR   Age ___

PRESENT: HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Jackie Brock | Diane Farrell | Kenneth Taylor |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft   Andrew Stephens   X present   ___ retained   X Appointed

PROCEEDINGS: STATUS CONFERENCE

This matter was called for a status conference with the Defendant and counsel present as noted. The Court heard from counsel regarding the status of the case and the current trial date of May 21, 2019.

Counsel for Defendant advised the Court that he will be filing a motion requesting one more continuance of the trial date. For the reasons as stated on the record, the United States opposes any further continuance. Counsel was directed to expeditiously file any appropriate motions in the record.

Copies: COR, USP, USM

Initials of Deputy Clerk: jmb

TIC: 0/16