UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-036-CHB-01 |
| ) | |
| v. ) | |
| ) | **ORDER SCHEDULING STATUS** |
| RODNEY SCOTT PHELPS, ) | **CONFERENCE** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion to schedule a status conference concerning the parties' upcoming Pretrial Conference and Jury Trial. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  A telephonic status conference is **SCHEDULED** for **Monday, August 5, 2019**, **at the hour of 12:30 p.m.,** before the Honorable Claria Horn Boom, United States District Judge, with the Court sitting in Lexington, Kentucky. The parties are to call 888-363-4735, using access code 9522526. Please dial in a few minutes before the conference is scheduled to begin.

This the 2nd day of August, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY