UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – GENERAL

Case No.  6:17-CR-036-CHB            At  London            Date  August 5, 2019

USA vs. Rodney Scott Phelps      **NOT** X present    ___ custody    X bond    ___ OR    Age ___

PRESENT:  HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Lisa Colston | Kathryn Anderson and Kenneth Taylor |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft  Andrew Stephens      X  present      ___ retained      X  appointed

PROCEEDINGS:  TELEPHONIC STATUS CONFERENCE

This matter was called for a telephonic status conference with counsel present as noted. The Court heard from counsel regarding the status of the case and the current trial date of August 28, 2019.  Being sufficiently advised, and for the reasons as stated on the record, it is hereby

**ORDERED** as follows:

1) The Defendant is directed to file any motions for a continuance of the August 28, 2019 jury trial date by the close of business Thursday, August 8. 2019.  Any response shall be filed by Monday, August 12, 2019.

2) A status conference is **SCHEDULED** for **Tuesday, August 13, 2019**, at the hour of **9:00 a.m.**, before the Honorable Claria Horn Boom at the United States Courthouse in **London**, Kentucky.

3) The pretrial conference remains scheduled for **August 20, 2019** at **10:00 a.m.** at the United States Courthouse at London.

Copies:  COR, USP, USM

Initials of Deputy Clerk:  kja
TIC: 0/33