UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – GENERAL

Case No.  6:17-CR-036-CHB          At  London          Date  August 13, 2019

USA vs. Rodney Scott Phelps          X  present          custody   X  bond          OR     Age

PRESENT:  HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Jackie Brock | Joan Averdick | Kathryn Anderson and Kenneth Taylor |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft   Andrew Stephens          X   present          retained          X   appointed

PROCEEDINGS:  STATUS CONFERENCE

This matter was called for a status conference to discuss the status of defendant's physical health and defense counsel's request to continue the trial date [R. 113], with counsel present as noted. The Court heard argument from counsel on the motion to continue trial.  Being sufficiently advised, and for the reasons as stated on the record, it is hereby

**ORDERED** as follows:

1)  Defendant's Motion to Continue Trial [**R. 113**] is **TAKEN UNDER ADVISEMENT**.

Copies:  COR, USP, USM

Initials of Deputy Clerk:  jmb
TIC: 0/20