UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-036-CHB |
| ) | |
| v. ) | |
| ) | **ORDER ADVANCING PRETRIAL** |
| RODNEY SCOTT PHELPS, ) | **CONFERENCE** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion. This matter is scheduled for a jury trial on **Wednesday, August 28, 2019 at the hour of 9:30 a.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the U.S. Courthouse in **London, Kentucky**. [R. 98] The anticipated length of trial is fourteen days.

Accordingly, and the Court being otherwise sufficiently advised; **IT IS HEREBY ORDERED** as follows:

1.  Final Pretrial Conference. The **Final Pretrial Conference** scheduled for **Tuesday, August 20, 2019 at the hour of 10:00 a.m.** is **RESCHEDULED** for **Tuesday, August 20, 2019 at the hour of 8:30 a.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the U.S. Courthouse in **London, Kentucky**.

2.  At the Final Pretrial Conference the parties shall be prepared to discuss:

    a.  Any expected evidentiary issues or disputes;

    b.  Any stipulations that can be agreed upon to expedite voluminous discovery;

    c.    Any additional ideas for streamlining the trial process to be as efficient as possible.

3.    <u>Pretrial Filings</u>. The Pretrial Filings in the Court's Standing Pretrial and Trial Management Order [R. 66-1] are hereby **AMENDED** as follows:

**No later than Friday, August 16, at 5:00 p.m.** each party shall file a trial memorandum containing the following:

(a) The statute(s) involved and elements of the offense(s) (with discussion of authorities, if disputed).

(b) A proposed statement of the case suitable for reading to the prospective jurors during voir dire, and a separate statement of disputed facts.

(c) A separate statement of each unresolved substantive issue of law, with discussion and citations to authorities.

(d) A statement of evidentiary issues it is reasonably believed will be raised at trial, together with citations to the appropriate Federal Rules of Evidence and authorities in support of the position taken.

(e) A statement of any known or reasonably anticipated potential trial problems, or other issues that may assist the Court in trying the case.

(f) Proposed substantive and special jury instructions with citations to authorities.

It is not necessary to submit standard general instructions. Additional requests at trial are to be kept to a minimum.

(g) Proposed voir dire questions.

(h) Counsel shall file an exhibit list and pre-mark for identification purposes all exhibits intended to be used at trial in accordance with L.Cr.R. 55.2.

        Counsel shall file a stipulation as to the authenticity of the exhibits. Any objections to the authenticity of the exhibits shall be heard prior to trial at a time and place to be set by the Court.

4. <u>Other Pretrial Submissions and Trial Matters.</u>

    a. **No later Friday, August 16, at 5:00 p.m.,** the United States (and the Defendant if he/she so chooses) shall submit, for the Court's *in camera* review, a proposed witness list with a brief summary of the expected testimony of each witness and an estimate as to the amount of time that will be required to present the testimony in chief of each witness. The witness list shall be submitted via e- mail to *boom_chambers@kyed.uscourts.gov*.

    b. At the commencement of trial, the United States shall furnish the official court reporter a list of pre-marked exhibits intended to be used at trial.

5. <u>Motions for Change of Plea</u>. If the Defendant intends to enter a plea of guilty, defense counsel shall file a motion for change of plea. All motions for change of plea shall be filed no later than **Friday, August 16, at 5:00 p.m.**, absent good cause. A Defendant is advised that failure to comply with this filing requirement will be considered by the Court in determining whether to grant credit for acceptance of responsibility. *See* U.S.S.G. §3E1.1. Following the filing of a motion for change of plea, and if the parties intend to proceed pursuant to a written plea agreement, the United States shall submit a copy of the proposed plea agreement for the Court's review at least **one (1) day** prior to any hearing on the Defendant's motion for change of plea. This document shall be transmitted as an electronic attachment to *[boom_chambers@kyed.uscourts.gov](mailto:boom_chambers@kyed.uscourts.gov)*.

6.     <u>Other Deadlines</u>. All other deadlines set forth in the Court's Order Setting Jury

Trial [R. 98] **shall remain**.

This the 14th day of August, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY