UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| )  | |
| Plaintiff,                          ) | Criminal Action No. 6:17-CR-036-CHB |
| )  | |
| v.                                  ) | |
| )  | **ORDER EXPEDITING BRIEFING** |
| RODNEY SCOTT PHELPS,                ) | |
| )  | |
| Defendant.                          ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Plaintiff's Motion in Limine to Authenticate and Admit Evidence [R. 122]. Having reviewed the Motion, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The response deadline to Plaintiff's Motion in Limine to Authenticate and Admit Evidence [R. 122] **SHALL BE EXPEDITED**. The response of the Defendant **shall be filed** no later than **Tuesday, August 20, 2019, at 12:00 noon**. If no response is filed by that date, the Court will consider the lack of any response being filed as the Defendant having no objection, and the matter will then stand submitted to the Court. This the 19th day of August, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY