UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE # 6:17-CR-36

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          **SUGGESTED VOIR DIRE BY DEFENDANT**

RODNEY SCOTT PHELPS                                        DEFENDANT


Comes now the Defendant, Rodney Scott Phelps, by and through undersigning counsel, and submits the following as his purposed general issues for Voir Dire:

1. The standard burdens of proof, presumptions, trial rights, jury instructions, preliminary jury instructions, introduction of parties, and standard pretrial Voir Dire.

2. Generalized knowledge of stocks,

3. Generalized knowledge of investments,

4. Particularized knowledge of investment, trading stocks,

5. Generalized knowledge of investment strategies Re: Persons dealt with and conferenced,

6. Personal issues relating to brokers, investment counselors and other people in whom investors trust their money,

7. Specific information concerning dissatisfaction with any investment strategy,

8. Specific concerns as to issues regarding debentures, land investments and oil and gas investments including particular investment behavior by potential jurors,

9. Whether or not anyone has suffered a loss occasion by bad investment advice,

10. Whether anyone has experienced good investment advice,

1

11. The type of investing reputation that anyone may have formed concerning a particular entity group or individual,

Respectfully submitted,

/s/ *Andrew M. Stephens*
HON. ANDREW M. STEPHENS
Attorney for Defendant
117 West 2nd Street
Lexington, KY 40507
Phone: 859-233-2232
Fax: 859-254-3992

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

/s/ *Andrew M. Stephens*
ANDREW M. STEPHENS