UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE # 6:17-CR-36

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                         **RESPONSE TO OFFERED STIPULATION**

RODNEY SCOTT PHELPS                                                                   DEFENDANT

   Comes now the Defendant, Rodney Scott Phelps, by and through undersigning counsel, and pursuant to the Court's direction to answer the United States' offer for stipulation by noon time on August 20, 2019; counsel spoke briefly, after the morning pretrial, with the Defendant, read the offered stipulations, explained the legal effects of the stipulations and the Defendant has conceded the authenticity and admissibility of such stipulations and consents to their being read to the jury accordingly.

                                                                Respectfully submitted,

                                                                /s/ *Andrew M. Stephens*
                                                                HON. ANDREW M. STEPHENS
                                                                Attorney for Defendant
                                                                117 West 2nd Street
                                                                Lexington, KY 40507
                                                                Phone: 859-233-2232
                                                                Fax: 859-254-3992


                         **CERTIFICATE OF SERVICE**

   I hereby certify that on August 20, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

                                                                /s/ *Andrew M. Stephens*
                                                                ANDREW M. STEPHENS