UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:17-36-CHB-HAI

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                      AGREED STATEMENT OF THE CASE

RODNEY SCOTT PHELPS                                                         DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Per the Court's request, the United States and Defendant offer the following as a proposed, agreed statement of the case:

The United States alleges that Rodney Scott Phelps, working with co-conspirator Jason Castenir through their company Maverick Asset Management ("MAM") (and other related companies) with a principal office in Somerset, Kentucky, defrauded victims of substantial sums of money through a three-part scheme and used the illegally obtained proceeds for personal gain or to appease earlier victims in a Ponzi scheme.

Specifically, from May 2013 through July 2013, the United States alleges that Phelps and Castenir convinced a group of investors associated with D.G. to invest with MAM towards obtaining an oil concession from the Belizean government ("Oil Concession Scheme"). Phelps and Castenir used this money to either repay victims or for other business or personal purposes. From July 2013 until March 2014, the United States further alleges that Phelps and Castenir convinced three victims to invest in a debenture

offering, guaranteeing returns and that only a portion of their investment would be at risk at a given time ("Debenture Scheme"). Phelps and Castenir only invested a portion of the funds in trading accounts, while using the remaining funds for personal and other purposes. Finally, the United States also alleges that between July 2013 and March 2014 Phelps and Castenir defrauded two victims of $1,000,000, for the purpose of purchasing a casino ("Casino Scheme"). According to the Indictment, Phelps and Castenir promised that Phelps would invest $1,000,000 of his family's money. Instead, Phelps and Castenir transferred the investment to accounts in their control and used those funds for other business and personal purposes.

Mr. Phelps denies that he was involved in any of the allegations spoken of in the Indictment

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:   s/ Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-6874
FAX (859) 233-2747
Ken.Taylor@usdoj.gov

s/ Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885

FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov

s/ Andrew M. Stephens
Attorney for Defendant
117 West 2nd Street
Lexington, Kentucky 40507
(859) 233-2232
FAX (859) 254-3992
Kathryn.Anderson@usdoj.gov

CERTIFICATE OF SERVICE

On August 22, 2019, I electronically filed this document through the ECF system, which provided notice to counsel of record.

/s/ Kathryn M. Anderson
Assistant United States Attorney