UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-036-CHB |
| ) | |
| v. ) | |
| ) | **ORDER TO SUBMIT SUPPORTING** |
| RODNEY SCOTT PHELPS, ) | **AUTHORITY AND SETTING EX** |
| ) | **PARTE TELEPHONIC** |
| Defendant. ) | **CONFERENCE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion. The Court sees the need to conduct an *ex parte* telephonic conference to discuss the exact nature of the *Giglio* material mentioned in the Plaintiff's Motion in Limine Regarding Giglio Material [R. 127], in order to rule on the Motion in Limine. In addition, as the Motion in Limine contains scant citation to supporting authority, the Court will require the Plaintiff to submit any such authority via email to chambers by **8:30 a.m. tomorrow, August 22, 2019**. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. An *ex parte* Telephonic Conference is **SET** for **Friday, August 22, 2019 at the hour of 9:00 a.m.** Counsel **for the United States only** are to call 888-363-4735, using access code 9522526. Please dial in a few minutes before the conference is scheduled to begin.

2. The Plaintiff **SHALL** submit to *Boom_Chambers@kyed.uscourts.gov* by **8:30 a.m. tomorrow, August 22, 2019,** authority supporting the substantive request and the provisions of the proposed protective order requested in Plaintiff's Motion in Limine Regarding Giglio Material [R. 127].

- 2 -

This the 22nd day of August, 2019.

                                                 CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY