UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:17-CR-036-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RODNEY SCOTT PHELPS, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Plaintiff's Motion in Limine Regarding Giglio Material [R. 127]. Having reviewed the Motion and the *Giglio* letter submitted *ex parte* [R. 128], and pursuant to the telephonic conference conducted today in which counsel for the Defendant advised the Court that there is no objection to the Plaintiff's Motion in Limine Regarding Giglio Material, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. **Plaintiff's Motion in Limine Regarding Giglio Material [R. 127] is GRANTED**.

2. The United States **SHALL** disclose to the Defendant, in time for effective use at trial, the *Giglio* letter previously submitted to the Court *ex parte* [R. 128].

3. The information in the *Giglio* letter **SHALL BE USED** by the defense **SOLELY** for purposes of cross-examination of the witness.

4. The information **SHALL NOT BE DISSEMINATED** outside the confines of this legal proceeding, and references to the information in any written pleading **SHALL BE FILED UNDER SEAL**.

5. No copies of the letter may be made or retained by the Defendant or counsel and the original **SHALL BE RETURNED** to the United States upon conclusion of any cross examination.

6. The Defendant is specifically **PROHIBITED** from using the information to retaliate against the witness, directly or indirectly.

7. At the time that either party desires to ask the witness about the information, the Court **SHALL BE NOTIFIED** in advance, and the Court will close the proceeding to the public.

8. The portion of the transcript of trial where the information is discussed **SHALL BE FILED UNDER SEAL**.

9. The information **SHALL NOT** be mentioned in any argument in open court.

10. The jury and all court personnel are admonished that the information is confidential and sensitive and **SHALL NOT** be disseminated publicly at any time, including following the conclusion of the trial.

11. Anyone violating this Order **SHALL** be subject to appropriate sanctions by the Court.


This the 23rd day of August, 2019.


*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY