UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:17-CR-036-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RODNEY SCOTT PHELPS, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court has received a letter from Defendant Rodney Scott Phelps in which he expresses dissatisfaction with his current counsel.

**IT IS HEREBY ORDERED** as follows:

1. The Clerk **SHALL** file Defendant's letter in the record **under seal and available to defense counsel only,** and email a copy to Andrew M. Stephens.

2. In order to evaluate Defendant's concerns with present counsel and  inquire as to Defendant's intent regarding counsel for further proceedings, the Court **SCHEDULES** a hearing on the motion for **Monday, August 26, 2019, at 4:00 p.m.**, at the United States Courthouse in **Lexington, Kentucky**.

3. Defense counsel **SHALL**, prior to the hearing, fully confer with Defendant as to the status of the defense, the attorney-client relationship, and his letter.  The hearing will encompass issues under *Benitez v. United States*, 521 F.3d 625 (6th Cir. 2008), and *United States v. Iles*, 906 F.2d 1122 (6th Cir. 1990).

This the 23rd day of August, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY