UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – GENERAL

Case No.  6:17-CR-036-CHB    At  London    Date  August 23, 2019

USA vs. Rodney Scott Phelps    NOT X present    ___ custody    X bond    ___ OR    Age ___

PRESENT: HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Audio File Number | Kathryn Anderson and Kenneth Taylor |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft  Andrew Stephens    X present    ___ retained    X appointed

I, Kim Allen, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-17-CR-36-CHB-1_20190823_144857.

PROCEEDINGS:  TELEPHONIC CONFERENCE

   This matter was called for a telephonic status conference with counsel present as noted. Special Agent Christopher Hubboch was also present on the call. The Court heard statements from counsel regarding their discussions about the Motion in Limine at [R. 127]. A separate Order shall issue outlining the requests as noted on the record.

Copies: COR, USP, USM

Initials of Deputy Clerk:  kja
TIC: 0/19

1 | Page