UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:17-CR-36-CHB

UNITED STATES OF AMERICA                                                                          PLAINTIFF

V.                                          STIPULATIONS

RODNEY SCOTT PHELPS                                                                              DEFENDANT

*  *  *  *  *

The parties, through counsel, and in order to expedite and simplify the trial of this case, do hereby stipulate, admit, and agree as follows:

1) That the Federal Bureau of Investigation received five hard drives worth of evidence on May 28, 2015, and that until their presentation at trial, these hard drives were never out of the control and custody of law enforcement personnel or the United States Attorney's Office.

2) That the Federal Bureau of Investigation obtained the following evidence under the authority of a search warrant from Regus Office Space, which rented the Defendant his office space in Nashville, Tennessee, and that until their presentation at trial, these items were never out of the control and custody of law enforcement personnel or the United States Attorney's Office [Inventory at USA-00000971-973]:

   - Regus conferencing account card
   - Scott Phelps business card
   - Room reservation print out for Scott Phelps
   - Photograph of Scott Phelps and family
   - Expedia update vouchers for Scott Phelps for Las Vegas
   - Maverick Investment Holdings account *0639 statements from Bank of America
   - UPS mailer addressed to Maverick Asset Management containing envelope addressed to Scott and Pam Phelps from CMT/ABATE and contents: oil rig

- Maverick Energy LLC Belize Petroleum Joint Venture brochure with Maverick Energy's Operating Agreement
- Maverick Asset Management Investment Proposal
- Investor's Business Daily welcome letter to Scott Phelps, newspapers, and account statements
- JSJ Development Group Proposal to Purchase Harrah's Casino and Hotel
- Monex booklet
- Scottrade Voting Proxy, listing Scott Phelps as Member
- UPS envelope with Community Trust Bank records inside
- Community Trust Bank records for account *1699
- Bank of America bank statements for account *0639
- Oil Tech Magazine addressed to Phelps' address
- Custom Built Gates business card
- Stocks and Commodities magazine addressed to Phelps

3) That Community Trust Bank is headquartered in Pikeville, Kentucky, in the Eastern District of Kentucky.

4) That all wires entering or leaving Community Trust Bank accounts necessarily travel through Community Trust Bank's wire room located in Pikeville, Kentucky, in the Eastern District of Kentucky.

5) That the following United States documents are authentic and admissible under Federal Rule of Evidence 803(6) or 803(8):

   a. Records obtained from Bank of America [USA-00018217; USA-00019006-19012; USA-00019171-19174]

   b. Records obtained from BB&T [USA-00000239-254; USA-000011059-11065]

   c. Records obtained from Community Trust Bank [USA-00007997-0008369; USA-000011216-12599; USA-00012627-00012744; USA-0000014119-14120; USA-0000014136; USA-00019910-00019911; USA-00020068-00021341; USA-00021359-21396]

   d. Records obtained from Regions Bank [USA-00017369-17853; USA-00017856-17869; USA-00019894-00019909; USA-00021342-21343]

    e.  Records obtained from HSBC Bank [USA-00000337-368; USA-00012600-12626; USA-00015696]

    f.  Records obtained from Gain Capital [USA-0001522-1999; USA-00002028-2095]

    g.  Records obtained from Delaware Division of Corporations [USA-00000007-31]

    h.  Records obtained from Agents and Corporations, Inc. [USA-00000032-208]

    i.  Records obtained from UPS Stores [USA-00019750-19819, USA-00019821-19893, USA-00020060-20065]

    j.  Records obtained from Regus Office Space [USA-00000286-301]

    k.  Records obtained from Trading Advantage [USA-00015317-15695; USA-00019094-19130; USA-00019137-19147]

    l.  Records from Scottrade [USA-00014882-18978]

    m.  Records obtained from GoDaddy [USA-00021805-22573]

    n.  Records obtained from First American Trust [USA-00000439-451]

6) That the following United States documents are authentic:

    a.  Maverick Asset Management Website archive, performed by CFTC [USA-00013652-13654; USA-00019513-19749]

    This Stipulation is agreed to only so as to expedite the trial and prevent any inconvenience to the witnesses.

    It is further stipulated and agreed that this Stipulation may be read to the jury in its entirety and introduced into evidence as an exhibit, and that the facts herein stipulated are to have the same status, dignity, and effect as the uncontradicted testimony of credible witnesses, and may be considered by the jury in the same manner as if they had been so testified to.

    It is further stipulated and agreed that the representatives of the parties herein may incorporate the facts contained in this stipulation into any opening or closing statements, charts

or summaries, and none of the parties shall be barred from introducing other evidence tending to explain the facts stipulated herein or the intent or knowledge of the parties in relation thereto; and further, any party may introduce other evidence which is not inconsistent with the facts stipulated.

In agreement with the above stipulation, the parties to this action have affixed their signatures hereto.

| | |
|---|---|
| 8/26/2019<br>Date | /s/ Kathryn M. Anderson<br>Assistant United States Attorney |
| | |
| 8/26/2019<br>Date | /s/ Andrew M. Stephens<br>Attorney for Rodney Scott Phelps |

Case: 6:17-cr-00036-CHB-HAI   Doc #: 138   Filed: 08/26/19   Page: 5 of 5 - Page ID#: 712

**CERTIFICATE OF SERVICE**

On August 26, 2019, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all counsel of record.

   /s/ Kathryn M. Anderson
Assistant United States Attorney