UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL

Case No.  6:17-CR-036-CHB-01      At  London      Date  August 28, 2019

Case Style:  United States of America v. Rodney Scott Phelps

DOCKET ENTRY: (DAY 1):  All jurors present were qualified by the Court.  Voir Dire held.  The court discussed a variety of topics with the parties, which the transcript will reflect.  Opening statements made by counsel.  The Clerk is directed to issue a Show Cause Orders for Juror No. 35 for failure to appear.  The Court invoked the rule regarding separation of witnesses, to which neither the government nor the Defendant objected.

PRESENT:   HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Lisa Wiesman | Kenneth Taylor and Kathryn Anderson |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                                          ATTORNEY FOR DEFENDANT:

Rodney Scott Phelps (OR)                            Andrew Stephens (CJA)

X  JURY TRIAL. The Jury impaneled and sworn as follows:

| Juror No. | 64 | Juror No. | 26 | Juror No. | 28 |
|---|---|---|---|---|---|
| Juror No. | 48 | Juror No. | 25 | Juror No. | 13 |
| Juror No. | 19 | Juror No. | 45 | | |
| Juror No. | 29 | Juror No. | 73 | | |
| Juror No. | 42 | Juror No. | 18 | | |
| Juror No. | 46 | Juror No. | 51 | | |

__X__   Introduction of evidence for plaintiff begun but not concluded.

_____   Introduction of evidence for defendant begun but not concluded.

__X__   Case continued to **August 29, 2019 at 8:45 a.m.** for further trial. Counsel shall be present at **8:20 a.m**.

_____   Motion for judgment of acquittal  ____ granted  ____denied  ____submitted.

_____   Jury retires to deliberate at _____; Jury returns at _____.

_____   FINDING BY COURT.   _____JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT

_____   Jury Polled.   _____Polling Waived   _____Mistrial Declared.

_____   Case continued until _____ at _____ at_____, Kentucky for sentencing.

_____   Court received Presentence Report.   ____Copy furnished to counsel pursuant to Rule 32 FRCP.

_____   Copy of Presentence Report not requested.

_____   Defendant remanded to custody of the United States Marshal.

Copies:  COR, USP, USM

Initials of Deputy Clerk        kja                                                        TIC: 6/18