UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL

Case No.   6:17-CR-036-CHB-01     At   London     Date   September 3, 2019

Case Style:   United States of America v. Rodney Scott Phelps

DOCKET ENTRY: (**DAY 3**): The United States continued its case presentation. For the reasons stated on the record, and based on the juror's inability to continue, the Court **EXCUSED** juror number 13 for good cause. The Clerk shall notify the juror upon case conclusion.

PRESENT:   HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Lisa Wiesman | Kenneth Taylor and Kathryn Anderson |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                                   ATTORNEY FOR DEFENDANT:

Rodney Scott Phelps (OR)                     Andrew Stephens (CJA)

  X   JURY TRIAL. Jurors appeared for day 3 of trial.

| Juror No. | 64 | Juror No. | 26 | Juror No. | 28 |
|---|---|---|---|---|---|
| Juror No. | 48 | Juror No. | 25 | Juror No. | 13 - DISMISSED |
| Juror No. | 19 | Juror No. | 45 | | |
| Juror No. | 29 | Juror No. | 73 | | |
| Juror No. | 42 | Juror No. | 18 | | |
| Juror No. | 46 | Juror No. | 51 | | |

  X    Introduction of evidence for plaintiff begun but not concluded.

_____  Introduction of evidence for defendant begun but not concluded.

  X    Case continued to **September 4, 2019 at 8:45 a.m.** for further trial. Counsel shall be present at **8:30 a.m**.

_____  Motion for judgment of acquittal _____ granted _____ denied _____ submitted.

_____  Jury retires to deliberate at _____; Jury returns at _____.

_____  FINDING BY COURT.   _____ JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT

_____  Jury Polled.   _____ Polling Waived   _____ Mistrial Declared.

_____  Case continued until _____ at ____ at _____, Kentucky for sentencing.

_____  Court received Presentence Report.   _____ Copy furnished to counsel pursuant to Rule 32 FRCP.

_____  Copy of Presentence Report not requested.

  X    Defendant Rodney Scott Phelps remains on bond. *See* DE 10 and DE 74

Copies:  COR, USP, USM

Initials of Deputy Clerk        kja                                      TIC: 6/28