UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL

Case No.   6:17-CR-036-CHB-01     At   London     Date   September 4, 2019

Case Style:  United States of America v. Rodney Scott Phelps

DOCKET ENTRY: (**DAY 4**): The United States continued its case presentation. By agreement of the parties, the United States is granted leave to read the deposition of the defendant given to the Commodities Futures Trading Commission on June 22, 2016. Counsel are directed to review the Court's 404(b) rulings.

PRESENT:   HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Lisa Wiesman | Kenneth Taylor and Kathryn Anderson |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                                ATTORNEY FOR DEFENDANT:

Rodney Scott Phelps (OR)                  Andrew Stephens (CJA)

  X   JURY TRIAL. Jurors appeared for day 4 of trial.

| Juror No. | 64 | Juror No. | 26 | Juror No. | 28 |
| Juror No. | 48 | Juror No. | 25 | Juror No. | 13 - DISMISSED |
| Juror No. | 19 | Juror No. | 45 | | |
| Juror No. | 29 | Juror No. | 73 | | |
| Juror No. | 42 | Juror No. | 18 | | |
| Juror No. | 46 | Juror No. | 51 | | |

  X      Introduction of evidence for plaintiff begun but not concluded.

_____    Introduction of evidence for defendant begun but not concluded.

  X      Case continued to **September 5, 2019 at 8:45 a.m.** for further trial. Counsel shall be present at **8:30 a.m**.

_____    Motion for judgment of acquittal ____ granted  ____ denied  ____ submitted.

_____    Jury retires to deliberate at _____; Jury returns at _____.

_____    FINDING BY COURT.   _____JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT

_____    Jury Polled.    _____Polling Waived     _____Mistrial Declared.

_____    Case continued until _____ at _____ at_____, Kentucky for sentencing.

_____    Court received Presentence Report.    ____Copy furnished to counsel pursuant to Rule 32 FRCP.

_____    Copy of Presentence Report not requested.

  X      Defendant Rodney Scott Phelps remains on bond. *See* DE 10 and DE 74

Copies:  COR, USP, USM

Initials of Deputy Clerk       kja                                                TIC: 6/25