UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL

Case No.   6:17-CR-036-CHB-01   At   London   Date   September 5, 2019

Case Style:   United States of America v. Rodney Scott Phelps

DOCKET ENTRY: (**DAY 5**): Outside of the presence of the jury, the parties discussed a series of government exhibits. For the reasons as stated on the record, the Court **SUSTAINED** the Defendant's objection to exhibit numbers 103C, 104C, 112C, 116C, 808. The United States shall provide the Court with redacted versions of those exhibits that comply with the Court's ruling. The Court **GRANTED** the oral request of the United States to withdraw Exhibit 866. Exhibit 866 shall be replaced with Exhibit 866A.

PRESENT:   HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Lisa Wiesman | Kenneth Taylor and Kathryn Anderson |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                                          ATTORNEY FOR DEFENDANT:

Rodney Scott Phelps (OR)                            Andrew Stephens (CJA)

X   JURY TRIAL. Jurors appeared for day 5 of trial.

| Juror No. | 64 | Juror No. | 26 | Juror No. | 28 |
|---|---|---|---|---|---|
| Juror No. | 48 | Juror No. | 25 | Juror No. | 13 - DISMISSED |
| Juror No. | 19 | Juror No. | 45 | | |
| Juror No. | 29 | Juror No. | 73 | | |
| Juror No. | 42 | Juror No. | 18 | | |
| Juror No. | 46 | Juror No. | 51 | | |

__X__   Introduction of evidence for plaintiff begun but not concluded.

_____   Introduction of evidence for defendant begun but not concluded.

__X__   Case continued to **September 6, 2019 at 8:45 a.m.** for further trial. Counsel shall be present at **8:30 a.m**.

_____   Motion for judgment of acquittal _____ granted _____ denied _____ submitted.

_____   Jury retires to deliberate at _____; Jury returns at _____.

_____   FINDING BY COURT.   _____JURY VERDICT.   SEE SIGNED VERDICT AS TO EACH DEFENDANT

_____   Jury Polled.   _____Polling Waived   _____Mistrial Declared.

_____   Case continued until _____ at _____ at _____, Kentucky for sentencing.

_____   Court received Presentence Report.   _____Copy furnished to counsel pursuant to Rule 32 FRCP.

_____   Copy of Presentence Report not requested.

__X__   Defendant Rodney Scott Phelps remains on bond. *See* DE 10 and DE 74.

Copies:  COR, USP, USM

Initials of Deputy Clerk        kja                                                       TIC: 6/23