UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL

Case No.   6:17-CR-036-CHB-01          At   London          Date   September 6, 2019

Case Style:  United States of America v. Rodney Scott Phelps

DOCKET ENTRY: (**DAY 6**):  The United States concluded its case in chief.

PRESENT:   HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Lisa Wiesman | Kenneth Taylor and Kathryn Anderson |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                                ATTORNEY FOR DEFENDANT:

Rodney Scott Phelps (OR)                  Andrew Stephens (CJA)

X  JURY TRIAL. Jurors appeared for day 6 of trial.

| Juror No. | 64 | Juror No. | 26 | Juror No. | 28 |
|---|---|---|---|---|---|
| Juror No. | 48 | Juror No. | 25 | Juror No. | 13 - DISMISSED |
| Juror No. | 19 | Juror No. | 45 | | |
| Juror No. | 29 | Juror No. | 73 | | |
| Juror No. | 42 | Juror No. | 18 | | |
| Juror No. | 46 | Juror No. | 51 | | |

__X__   Introduction of evidence for plaintiff resumed and concluded.

_____  Introduction of evidence for defendant begun but not concluded.

__X__   Case continued to **September 9, 2019 at 8:45 a.m.** for further trial. Counsel shall be present at **8:30 a.m**.

_____  Motion for judgment of acquittal ____ granted ____denied ____submitted.

_____  Jury retires to deliberate at _____; Jury returns at _____.

_____  FINDING BY COURT.   _____JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT

_____  Jury Polled.   _____Polling Waived          _____Mistrial Declared.

_____  Case continued until _____ at _____ at_____, Kentucky for sentencing.

_____  Court received Presentence Report.       ____Copy furnished to counsel pursuant to Rule 32 FRCP.

_____  Copy of Presentence Report not requested.

__X__   Defendant Rodney Scott Phelps remains on bond. *See* DE 10 and DE 74.

Copies:  COR, USP, USM

Initials of Deputy Clerk          kja                                                       TIC: 2/51