UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL

Case No.   6:17-CR-036-CHB-01       At   London       Date   September 9, 2019

Case Style:   United States of America v. Rodney Scott Phelps

DOCKET ENTRY: (**DAY 7**): Outside of the presence of the jury, counsel for defendant Phelps orally moved for adjournment of trial for one day to review new documents the defendant has brought to defense counsel's notice. The United States objected to the continuance. The Court **GRANTED** the continuance in part. Defendant's Rule 29 Motion for Judgment of Acquittal is **TAKEN UNDER ADVISEMENT**. The Court **GRANTED** Defendant leave to admit defense exhibits 1 and 2. The Court conducted a Fifth Amendment colloguy with the defendant prior to his testimony at trial. The Court **FINDS** the Defendant has knowingly waived his Fifth Amendment privilege against testifying. At the conclusion of the day's testimony, the Court conducted a preliminary instructions conference.

PRESENT:    HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Lisa Wiesman | Kenneth Taylor and Kathryn Anderson |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                                                       ATTORNEY FOR DEFENDANT:

Rodney Scott Phelps (OR)                                         Andrew Stephens (CJA)

X  JURY TRIAL. Jurors appeared for day 7 of trial.

| Juror No. | 64 | Juror No. | 26 | Juror No. | 28 |
|---|---|---|---|---|---|
| Juror No. | 48 | Juror No. | 25 | Juror No. | 13 - DISMISSED |
| Juror No. | 19 | Juror No. | 45 | | |
| Juror No. | 29 | Juror No. | 73 | | |
| Juror No. | 42 | Juror No. | 18 | | |
| Juror No. | 46 | Juror No. | 51 | | |

_____   Introduction of evidence for plaintiff resumed and concluded.

  X     Introduction of evidence for defendant begun but not concluded.

  X     Case continued to **September 10, 2019 at 8:45 a.m.** for further trial. Counsel shall be present at **8:30 a.m**.

  X     Motion for judgment of acquittal _____ granted _____ denied   X   submitted.

_____   Jury retires to deliberate at _____; Jury returns at _____.

_____   FINDING BY COURT.    _____ JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT

_____   Jury Polled.    _____ Polling Waived    _____ Mistrial Declared.

_____   Case continued until _____ at _____ at _____, Kentucky for sentencing.

_____   Court received Presentence Report.    _____ Copy furnished to counsel pursuant to Rule 32 FRCP.

_____   Copy of Presentence Report not requested.

  X     Defendant Rodney Scott Phelps remains on bond. *See* DE 10 and DE 74.

Copies:  COR, USP, USM

Initials of Deputy Clerk        kja                                                                 TIC: 5/05