# JURY SEATING CHART

| JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. |
|---|---|---|---|---|---|---|---|
| | 26 | 46 | 42 | 29 | 19 | 48 | 64 |

BACK ROW

| JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. |
|---|---|---|---|---|---|---|---|
| | 13 | 28 | 51 | 18 | 73 | 45 | 25 |

FRONT ROW

**USA vs. Rodney Scott Phelps**
**6:17-CR-36-CHB**