UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL

Case No.  6:17-CR-036-CHB-01      At  London      Date  September 10, 2019

Case Style:  United States of America v. Rodney Scott Phelps

DOCKET ENTRY: (**DAY 8**): Outside of the presence of the jury, the defendant renewed his motion for dissatisfaction of counsel. The Court **OVERRULES** the motion for the reasons stated. Defendant's renewed motion for Judgment of Acquittal pursuant to Fed.R.Crim.P. 29 is **DENIED** for the reasons fully explained on the record. Jury instructions finalized. Closing arguments presented. Jury instructed. Juror No. 45 formally identified as alternate and released prior to jury deliberations. Jury note(s) to be filed in the record. Defendant found guilty of Count 1 – 13 of the Indictment [R. 1]. Parties are directed to file written post judgment motions. The United States did not object to defendant remaining on bond with increased bond conditions. Additional conditions of release were imposed for the reasons stated on the record and are: 1) the defendant shall not travel outside of the Eastern District of Kentucky, with the only exception being to travel to scheduled medical appointments in the Eastern District of Tennessee or Cincinnati with prior approval from the United States Probation Office; 2) Defendant must report to the United States Probation Office weekly on a date to be established by the probation officer; and 3) to the extent that the existing financial conditions do not already prohibit it, the defendant must not open any new bank accounts, enter into any loans, or transact similar financial transactions, whether in his individual name or the name of an entity which he owns, controls, or helps manage, and he may not use third parties to accomplish the prohibited financial transactions.

All proceedings at the bench and any transcript thereof shall remain under seal.

PRESENT:   HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kim Allen | Elaine Harberer | Kenneth Taylor and Kathryn Anderson |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                    ATTORNEY FOR DEFENDANT:

Rodney Scott Phelps (OR)            Andrew Stephens (CJA)

X  JURY TRIAL. Jurors appeared for day 8 of trial.

| Juror No. | 64 | Juror No. | 26 | Juror No. | 28 |
| Juror No. | 48 | Juror No. | 25 | Juror No. | 13 - DISMISSED |
| Juror No. | 19 | Juror No. | 45 | | |
| Juror No. | 29 | Juror No. | 73 | | |
| Juror No. | 42 | Juror No. | 18 | | |
| Juror No. | 46 | Juror No. | 51 | | |

_____   Introduction of evidence for plaintiff resumed and concluded.

  X    Evidence for defendant resumed and concluded.

_____   Case continued to _____ for further trial. Counsel shall be present at _____.

  X    Renewed motion for judgment of acquittal ___ granted  X  denied ___ submitted.

_____   Jury retires to deliberate at 3:40 p.m.; Jury returns at 7:48 p.m..

_____   FINDING BY COURT.   X   JURY VERDICT.  SEE SIGNED VERDICT AS TO EACH DEFENDANT

  X    Jury Polled.    _____ Polling Waived    _____ Mistrial Declared.

  X    Case continued until Tuesday, December 3, 2019 at the hour of 2:30 p.m., at LONDON, Kentucky for sentencing.

| | |
|---|---|
| __X__ | Court orders Presentence Report with copies to be furnished to counsel pursuant to Rule 32 FRCP. |
| _____ | Copy of Presentence Report not requested. |
| __X__ | Defendant Rodney Scott Phelps shall remain on bond as previously set pending sentencing with additional conditions.  *See* DE 10 and DE 74. |

Copies:  COR, USP, USM

Initials of Deputy Clerk         kja                                                                                        TIC: 5/03