① We have jury's that need to make a phone if we need to stay until we have a decision?

② Do we have to make a decision today before we can leave or can it resume tomorrow.

③ The initials P.I. on the charges document - #10 are they referred to Patrick Indovina?

*[signature]*  # 73

Eastern District of Kentucky
FILED
SEP 10 2019
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

We the Jury have reached a verdict.

Chairman #73

**Eastern District of Kentucky**
**FILED**
SEP 10 2019
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT