Eastern District of Kentucky
## F I L E D

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

SEP 1 0 2019

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 6:17-36-GFVT**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**V.**                           **VERDICT FORM**

**RODNEY SCOTT PHELPS**                                  **DEFENDANT**

\*   \*   \*   \*   \*

We, the jury, find the Defendant, RODNEY SCOTT PHELPS, as to:

| | | |
|---|---|---|
| COUNT 1: | GUILTY  X | NOT GUILTY |
| COUNT 2: | GUILTY  X | NOT GUILTY |
| COUNT 3: | GUILTY  X | NOT GUILTY |
| COUNT 4: | GUILTY  X | NOT GUILTY |
| COUNT 5: | GUILTY  X | NOT GUILTY |
| COUNT 6: | GUILTY  X | NOT GUILTY |
| COUNT 7: | GUILTY  X | NOT GUILTY |
| COUNT 8: | GUILTY  X | NOT GUILTY |
| COUNT 9: | GUILTY  X | NOT GUILTY |
| COUNT 10: | GUILTY  X | NOT GUILTY |
| COUNT 11: | GUILTY  X | NOT GUILTY |
| COUNT 12: | GUILTY  X | NOT GUILTY |
| COUNT 13: | GUILTY  X | NOT GUILTY |

17

_10 Sep 2019_

DATE

_73_

**FOREPERSON'S JUROR NUMBER**