UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-036-CHB |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING MOTION TO** |
| RODNEY SCOTT PHELPS, ) | **ENLARGE TRAVEL RESTRICTIONS** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Defendant's Motion to Enlarge Travel Restrictions [R. 160]. Defendant requests to broaden his range of travel to additional geographical areas, but only with prior notice to and approval by the Probation Office. *Id.* The time to file a response to this Motion has passed, and the United States has not filed any response. The Court interprets this lack of response as an absence of objection to the Motion. Having reviewed the Motion, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Motion to Enlarge Travel Restrictions [**R. 160**] is **GRANTED**.

2. The Defendant **SHALL BE** permitted to travel to the listed locations [R. 160-2] with adequate notice to and approval from the Probation Office.

This the 15th day of October, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY