UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 6:17-CR-036-CHB |
| v. | ) ) | |
| RODNEY SCOTT PHELPS, | ) ) | **ORDER GRANTING MOTION TO CONTINUE SENTENCING** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Defendant's Motion to Continue the Sentencing [R. 165]. The Court having considered the motion, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Defendant's Motion to Continue the Sentencing [**R. 165**] is **GRANTED**.

2. The sentencing currently scheduled for December 3, 2019, is **RESCHEDULED** to **Tuesday, February 4, 2020, at the hour of 10:00 a.m.,** before the Honorable Claria Horn Boom, United States District Judge, at the U.S. Courthouse in **London, Kentucky**.

**Absent specific, good cause there shall be no further continuances in this matter.**

This the 2nd day of December, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY