UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>   )<br>RODNEY SCOTT PHELPS,   )<br>   )<br>   Defendant.   )  | Criminal Action No. 6:17-CR-036-CHB<br><br>**ORDER GRANTING MOTION TO<br>CONTINUE SENTENCING** |

*** *** *** ***

This matter is before the Court on the Defendant's Motion to Continue Sentencing [R. 169]. Defendant has also filed simultaneously with his Motion to Continue Sentencing, a Motion to Set Aside Verdict and Motion to Set a New Trial [R. 170]. The Court having considered the Motion to Continue, and in light of the Motion to Set Aside Verdict and Motion to Set a New Trial, the Court believes a general continuance of the sentencing is warranted. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Defendant's Motion to Continue Sentencing [**R. 169**] is **GRANTED**.

2. The sentencing currently scheduled for February 4, 2020, is **CONTINUED GENERALLY**, pending resolution of the defendant's Motion to Set Aside Verdict and Motion to Set a New Trial**.**

This the 29th day of January, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -