UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-036-CHB |
| ) | |
| v. ) | |
| ) | **ORDER SCHEDULING** |
| RODNEY SCOTT PHELPS, ) | **SENTENCING** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court to schedule this matter for sentencing. Accordingly, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The sentencing is **SCHEDULED** for **Tuesday, June 16, 2020, at the hour of 1:00 p.m.,** before the Honorable Claria Horn Boom, United States District Judge, at the U.S. Courthouse in **London, Kentucky**.

This the 20th day of May, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -