UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| Plaintiff,        ) | Criminal Action No. 6:17-CR-036-CHB |
| v.        ) | |
|         ) | **ORDER FOR EXPEDITED RESPONSE** |
| RODNEY SCOTT PHELPS,        ) | |
| Defendant.        ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Defendant Rodney Scott Phelps' Motion to Continue Sentencing [R. 198]. Having reviewed the Motion and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the response deadline to Defendant's Motion Continue Sentencing [**R. 198**] **SHALL BE EXPEDITED**. The response of the United States **shall be filed** no later than **10:00 a.m. on Monday, June 15, 2020.**

This the 12th day of June, 2020.

*signature: Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY