UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-036-CHB |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING MOTION TO** |
| RODNEY SCOTT PHELPS, ) | **CONTINUE SENTENCING** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Defendant's Motion to Continue the Sentencing [R. 198]. The Court having considered the motion and response in opposition by the United States [R. 200], and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  The Defendant's Motion to Continue the Sentencing [**R. 198**] is **GRANTED**.

2.  The sentencing currently scheduled for June 16, 2020, is **RESCHEDULED** to **Tuesday, July 28, 2020, at the hour of 10:00 a.m.,** before the Honorable Claria Horn Boom, United States District Judge, at the U.S. Courthouse in **London, Kentucky**.

3.  **Absent specific, good cause there shall be no further continuances in this matter. Defendant Phelps is also warned that further dissatisfaction of counsel motions will not be received well by this Court for reasons that are obvious from the record. With that being said, Defendant is free to hire counsel of his choice should he now have the resources to do so. In such event, Defendant must proceed with new counsel on the sentencing date above, as no further extensions should be expected from this Court.**

- 1 -

.

This the 15th day of June, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY