UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE # 6:17-CR-36

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                    REPONSE AND STATUS UPDATE

RODNEY SCOTT PHELPS                                              DEFENDANT

Comes now CJA counsel for the Defendant, Rodney Scott Phelps, and herewith responds to the motion of the United States to revoke his terms and conditions of release and further to provide a status update.

As the Court is aware at the literal last moment counsel for the Defendant was instructed to request a continuance of the sentencing to enable counsel to properly and effectively represent the interest of the Defendant in a untimely manner prior to him being sentenced.

The Court out of an absolute abundance of courtesy and caution did continue the case with the provision that it would not be continued again.

As promised, the United States has moved to revoke the conditions of his release and while the United States' position is certainly understandable, the Defendant's incarceration at this time would in fact make communication even more difficult as no current jail is allowing face to face meetings between attorney and client and the Defendant, at counsel's demand, set up and had a lengthy office conference both to go over the Defendant's concerns, and to prepare objections to the Presentence Investigation Report as should have occurred months ago.

Counsel recognizes the frustration of the United States but believes that revocation in this instance is not the appropriate remedy.  Counsel is well aware that in fashioning a sentence which is sufficient but not greater than necessary to achieve the 3553(A) Sentencing objectives that the Court will consider both the nature and circumstances of the offense and the history and characteristics of the Defendant appropriately and thoroughly in determining an appropriate sentence for the Defendant.

The Court being intimately familiar with case, the machinations involved in the case can certainly recall with great clarity the difficulties presented herein and can at sentencing consider all relevant arguments of both parties as to what an appropriate sentence be given, the facts of the case in whole, not just the verdict.

Counsel believes as a result of frankly difficult face to face meeting which took place on June 16th that the Defendant will cooperate as he was previously required to do into the future to make certain that the sentencing can be conducted properly and with a proper record to protect the rights of the Defendant in the Appellate Courts.

WHEREFORE, Counsel prays that the motion of the United States be considered but overruled and allow the Defendant to continue his bond for the purposes enumerated above.

Respectfully submitted,

/s/ *Andrew M. Stephens*
HON. ANDREW M. STEPHENS
Attorney for Defendant
117 West 2nd Street
Lexington, KY 40507
Phone: 859-233-2232
Fax: 859-254-3992

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

/s/ *Andrew M. Stephens*
ANDREW M. STEPHENS