UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>   )<br>   Plaintiff,    )<br>   )<br>v.    )<br>   )<br>RODNEY SCOTT PHELPS,    )<br>   )<br>   Defendant.    ) | Criminal Action No. 6:17-CR-036-CHB<br><br>**ORDER REFERRING MOTION TO<br>MAGISTRATE JUDGE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Before this Court is the United States' Motion for Revocation of Release [R. 202]. Pursuant to Fed. R. Crim. P. 59(a), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The United States' Motion for Revocation of Release [**R. 202**] is **REFERRED** to Magistrate Judge Hanly A. Ingram for disposition.

2. Magistrate Judge Ingram is empowered and authorized to conduct hearings and any other proceedings necessary to resolve this Motion.

This the 25th day of June, 2020.

*[signature: Claria Horn Boom]*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY