UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 6:17-CR-36-CHB-HAI |
| v. | ) | ORDER |
| RODNEY SCOTT PHELPS, | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The United States has filed a motion to revoke Defendant Rodney Scott Phelps's release. D.E. 202. Defendant filed a response objecting to the government's motion. D.E. 203. The motion has been referred to the undersigned for disposition. D.E. 204. Accordingly, and having been sufficiently advised, **IT IS HEREBY ORDERED** that a teleconference to discuss the status of the government's motion is **SCHEDULED** to occur on **Wednesday, July 1, 2020, at 4:00 p.m.** The call (based in London) will be on the record and for counsel only.

To join the teleconference, the parties are **DIRECTED** to call AT&T Teleconferencing at 1-888-675-2535, to enter Access Code 8810053 (followed by "#"), and, when requested, enter the Security Code 1736 (followed by "#").

This the 26th day of June, 2020.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge