UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES-GENERAL

Case No. 6:17-CR-36-1-CHB-HAI     At: London     Date: July 1, 2020

PRESENT: HON. HANLY A. INGRAM, U.S. MAGISTRATE JUDGE

| Sheila Douglas | Audio File Number | Kenneth Taylor |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

I, Sheila Douglas, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LON_6-17-CR-36-1-CHB-HAI_20200701_155849

DEFENDANT:                                ATTORNEY FOR DEFENDANT:

Rodney Scott Phelps (bond)(NP)            Andrew Stephens(CJA)(Present)

PROCEEDINGS: Telephonic Conference

    This matter was called to discuss the status of the Government's motion to revoke release, DE #202. Defendant has responded, DE #203. Counsel were present as noted.

    The Court heard the Government's reasoning for the motion, DE #202. For the reasons stated, IT IS ORDERED that the motion to revoke release by the US is DENIED, without prejudice.

Clerk's Initials: syd
TIC: 25 min.

Signed By:
Hanly A. Ingram
United States Magistrate Judge