UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – SENTENCING

Case No.   6:17-CR-036-CHB-1          At   London          Date   July 28, 2020

USA v Rodney Scott Phelps         _X_ present   ___ custody   ___ bond   _X_ OR   Age ___

DOCKET ENTRY: The Court adopts the Presentence Report and Addenda prepared by the United States Probation Office as its findings, consistent with the Court's rulings on the objections to the PSR. The PSR shall be filed in the record under seal in the event of an appeal. The Court heard argument from counsel as to the proper sentence and Defendant allocuted. The Court orally announced the sentence and will issue a separate Judgment. The United States shall supplement the individual loss and restitution amounts for the G Net Investors **by no later than 12:00 p.m. (noon) on Wednesday, July 29, 2020.** Defendant may file any response **by no later than 5:00 p.m. on Wednesday, July 29, 2020.** Absent a request for detention by the United States, the defendant shall remain on bond and conditions of release as previously imposed [R. 10], with the additional condition of home detention. The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances, court-ordered obligations; or other activities approved in advance by the probation officer.

PRESENT:   HON. CLARIA HORN BOOM, UNITED STATES DISTRICT JUDGE

| Jackie Brock | Kimberley Keene | Kenneth Taylor and Kathryn Anderson |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorneys |

Counsel for Deft   Andrew M. Stephens         _X_ present   ___ retained   _X_ appointed

PROCEEDINGS:  SENTENCING (Non-Evidentiary)

_X_   Objections to Presentence Report are SUSTAINED, in part and OVERRULED, in part.

___   No objections to Presentence Report.

___   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

_X_   Court's Advice of Right to Appeal presented to defendant by electronic means and read by defendant and defendant confirmed his understanding of same.

_X_   Transcript shall be deemed as written findings of Court.

_X_   Judgment shall be entered (See Judgment & Commitment.)

___   Defendant to remain on bond and on conditions of release.

_X_   Defendant remanded to the custody of the United States Marshal.

Copies:  COR, USP, USM

Initials of Deputy Clerk        jmb
TIC: 2/30