UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

Eastern District of Kentucky
**F I L E D**

JUL 2 8 2020

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| | ) ) | Criminal Action No. 6:17-CR-036-CHB |
| V. | ) ) | |
| RODNEY SCOTT PHELPS, | ) ) | COURT'S ADVICE OF RIGHT TO APPEAL |
| Defendant. | ) ) | |

*** *** *** ***

You are notified by this Court that you have a right to appeal your case to the Sixth Circuit Court of Appeals, which on proper appeal will review this case and determine that there has or has not been error of law.

If you do not have sufficient money to pay for the appeal, you have a right to apply for leave to appeal in forma pauperis, which means you may appeal without paying for it. If you are without the services of an attorney and desire to appeal and so request, the Clerk of this Court shall prepare and file forthwith a notice of appeal on your behalf. With few exceptions, this notice of appeal must be filed within fourteen (14) days from the date of entry of this judgment.

If you do not have sufficient funds to employ a lawyer, the Court of Appeals may appoint your present lawyer or another to prosecute the appeal for you.

ACKNOWLEDGMENT

The above statement has been read and/or furnished to me this the 28th day of July, 2020.

_____
Defendant

_____
Attorney for Defendant

Witness:

_____
Deputy Clerk

## **CERTIFICATION**

I, <u>Jackie Brock</u>, Deputy Clerk, certify that the Court's Advice of Right to Appeal was read and/or presented to the Defendant via electronic means in open Court, and that Defendant <u>Rodney Scott Phelps</u> orally acknowledged his understanding of same.

Dated this the 28th day of July, 2020.

Witness:

Jackie Brock

Deputy Clerk