**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

**CRIMINAL ACTION NO. 6:17-36-CHB-HAI**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**V.**               **UNITED STATES'S NOTICE REGARDING RESTITUTION**

**RODNEY SCOTT PHELPS**                                           **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Court requested that the Government update restitution figures, consistent with her findings in Court during the Defendant's sentencing hearing. [R. 208.]  Pursuant to that request, the United States provides the following information:

According to bank records and other documents in evidence or discovery, a group of individuals referred to herein as the GNET Investment Group provided a substantial sum of money to the Defendant and his coconspirator, Jason Castenir, under false pretenses that this money would be invested in a Belizean Oil Concession that would in turn make them a lot of money.  The GNET Investment Group was organized by D.G.  The bank records demonstrated that the GNET Investment Group made the investments as outlined in Column B below, titled "Victim Investment".  These bank records also demonstrated that these investors were repaid, in lulling payments, the amounts indicated in Column C below, titled "Victim Amount Returned." The United States initially concluded that the GNET Investment Group victims were thus owed the amount in Column D below, titled "Total Amount of Restitution."

| Victim | Victim Investment | Victim Amount Returned | Total Amount of Restitution |
|---|---|---|---|
| PI | $31,783.00 | $10,762.50 | $21,020.50 |
| MR | $12,500.00 | $4,868.75 | $7,631.25 |
| CA | $10,000.00 | $464.50 | $9,535.50 |
| PA | $38,000.00 | $17,425.00 | $20,575.00 |
| VG | $10,000.00 | $929.16 | $9,070.84 |
| MH | $35,000.00 | $7,687.50 | $27,312.50 |
| DM/T | $15,000.00 | $10,762.50 | $4,237.50 |
| JR | $10,000.00 | $464.50 | $9,535.50 |
| KM | $4,850.00 | $0.00 | $4,850.00 |
| ML | $10,000.00 | $6,062.50 | $3,937.50 |
| AL | $305,636.44 | $0.00 | $305,636.44 |

Bank records also demonstrated that an additional $96,914.73 was repaid to the GNET Investment Group, through their principal, D.G.  However, bank records do not attribute this repayment to any single investor.  Moreover, attempts to gather information from D.G. about this money and where it went came up fruitless.  Accordingly, the Court requested that the United States recalculate the GNET Investment Group's restitution figures, subtracting from each victim's loss an amount equivalent to their share of the GNET Investment Group loss.  The chart below provides the "Percentage of Loss" each GNET Investment Group investor lost, the dollar figure of the "Amount of Reduction", and the final "Restitution Owed" amount to that investor.

| Victim | Percentage of Loss | Amount of Reduction | Restitution Owed |
|---|---|---|---|
| PI | 4.97% | $4,812.17 | $16,208.33 |
| MR | 1.80% | $1,747.00 | $5,884.25 |
| CA | 2.25% | $2,182.94 | $7,352.56 |
| PA | 4.86% | $4,710.18 | $15,864.82 |
| VG | 2.14% | $2,076.56 | $6,994.28 |
| MH | 6.45% | $6,252.58 | $21,059.92 |
| DM/T | 1.00% | $970.08 | $3,267.42 |
| JR | 2.25% | $2,182.94 | $7,352.56 |
| KM | 1.15% | $1,110.30 | $3,739.70 |
| ML | 0.93% | $901.40 | $3,036.10 |
| AL | 72.20% | $69,968.57 | $235,667.87 |

The total amount owed in restitution to the GNET Investment Group is $326,427.81.

Adding to that the total amount owed in restitution to RW & JW ($1,966,877) and KD

($172,800), results in a total restitution figure of $2,466,104.81.  Accordingly, the United States

requests that the Court enter a restitution order, which reflects the restitution amount owed to the

individual investors provided herein, as well as the total restitution figure calculated above.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By:     s/ Kathryn M. Anderson
        Assistant United States Attorney
        260 W. Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        (859) 685-4885
        FAX (859) 233-2747
        Kathryn.Anderson@usdoj.gov

        s/ Kenneth R. Taylor
        Assistant United States Attorney
        260 W. Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        (859) 685-6874
        FAX (859) 233-2747
        Ken.Taylor@usdoj.gov

CERTIFICATE OF SERVICE

On July 29, 2020, I electronically filed this document through the ECF system, which provided notice to counsel of record.

/s/ Kathryn M. Anderson
Assistant United States Attorney