UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RODNEY SCOTT PHELPS, ) <br> ) <br> Defendant. ) | Criminal Action No. 6:17-CR-036-CHB-1 <br><br> **ORDER SETTING TELEPHONIC CONFERENCE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion to set this matter for a telephonic conference for the purpose of discussing restitution. Accordingly, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. A Telephonic Conference is **SET** for **today, July 31, 2020 at the hour of 2:30 p.m.** The parties are directed to call 888-363-4735, using access code 9522526. Please dial in a few minutes before the conference is scheduled to begin.

This the 31st day of July, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

1