UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:17-CR-036-CHB-1        At LEXINGTON        Date: July 31, 2020

PRESENT: HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Jackie Brock | Kimberley Keene | Ken Taylor & Kathryn Anderson |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

DEFENDANT:                                    ATTORNEY FOR DEFENDANT:

Rodney Scott Phelps (Present-via telephone)   Andrew Stephens (CJA-present via telephone)

PROCEEDINGS:   TELEPHONIC CONFERENCE

    This matter was called for a telephonic conference to discuss the amounts of restitution to be ordered by the Court. The Court heard from counsel regarding the amounts of restitution to be attributed to each of the victims in this matter. A separate Judgment shall be entered forthwith.

Copies To:
COR, USP, USM

Clerk=s Initials: jmb

TIC: 0/30