UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE # 6:17-CR-36

UNITED STATES OF AMERICA					PLAINTIFF/APPELLEE

v.					**NOTICE OF APPEAL**

RODNEY SCOTT PHELPS					DEFENDANT/APPELLANT


Comes now the Appellant, Rodney Scott Phelps, by and through undersigning CJA counsel, and herewith gives his Notice of Appeal of that Judgement in a criminal case filed July 31, 2020 resultant from an adverse jury verdict.

The Defendant, Rodney Scott Phelps, appeals the judgement of the Court imposing 108 months confinement, a term of supervised release of 3 years based on a jury verdict to counts 1 thru 13 wherein the Defendant was charged and convicted of a violation of conspiracy to commit wire fraud and wire fraud under 18 USC sec. 1349 and 1343.

The United States as Appellee is represented by the Honorable Katherine E. Anderson and Kenneth E. Taylor Assistant United States Attorneys, 260 West Vine Street, Lexington, Kentucky 40507. The Appellant, Rodney Scott Phelps, is represented by CJA attorney Andrew M. Stephens, 117 West 2nd Street, Lexington, Kentucky 40507.

The judgement was entered by the Untied States District Court clerk on July 31, 2020 and is thus ripe for this Notice of Appeal to the 6th Circuit Court of Appeals.


Respectfully submitted,

/s/ *Andrew M. Stephens*

1

HON. ANDREW M. STEPHENS  
Attorney for Defendant  
117 West 2nd Street  
Lexington, KY 40507  
Phone: 859-233-2232  
Fax: 859-254-3992  

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties.

/s/ *Andrew M. Stephens*  
ANDREW M. STEPHENS  