UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 6:17-CR-036-CHB |
| v. | ) ) ) | **ORDER GRANTING MOTION TO WITHDRAW FILING** |
| RODNEY SCOTT PHELPS, | ) ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the United States' Motion to Withdraw Filing [R. 220]. Having reviewed the Motion and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.     The United States' Motion to Withdraw Filing [**R. 220**] is **GRANTED.**

2.     The United States' First Motion to Amend the Judgment [**R. 217**] is **WITHDRAWN** and **DENIED as moot**.

This the 5th day of August, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY