UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:17-CR-036-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION TO** |
| RODNEY SCOTT PHELPS, | ) | **AMEND JUDGMENT REGARDING** |
| | ) | **FORFEITURE** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the United States' Motion to Amend Judgment Regarding Forfeiture [R. 221].  Having reviewed the Motion and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      The United States' Motion to Amend Judgment Regarding Forfeiture [**R. 221**] is **GRANTED.**

2.      The Judgment [R. 214, p. 8] regarding forfeiture is hereby **AMENDED** to note that "the defendant shall forfeiture the defendant's interest in property, the amount of which is to be determined."

This the 11th day of August, 2020.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

1