UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:17-CR-036-CHB-1 |
| | ) | |
| v. | ) | |
| | ) | **ORDER SETTING TELEPHONIC** |
| RODNEY SCOTT PHELPS, | ) | **CONFERENCE** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion to set this matter for a telephonic conference for the purpose of discussing the money judgment to be entered in this matter. Accordingly, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. A Telephonic Conference is **SET** for **Thursday, August 27, 2020 at the hour of 3:00 p.m.** The parties are directed to call 888-363-4735, using access code 9522526. Please dial in a few minutes before the conference is scheduled to begin.

This the 11th day of August, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY