UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – GENERAL

Case No.  6:17-CR-036-CHB    At  London    Date  August 27, 2020

USA vs. Rodney Scott Phelps    X  present    ___ custody    X  bond    ___ OR    ___ Age

PRESENT:  HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Jackie Brock | Kimberley Keene | Kathryn Anderson, Kenneth Taylor, Haley McCauley & Rajbir Datta |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Def.  Andrew Stephens    X  present    ___ retained    X  appointed

PROCEEDINGS:  TELEPHONIC CONFERENCE

   This matter was called for a telephonic conference to discuss the United States' pending Motion for Order of Forfeiture for Forfeiture Money Judgment [R. 211], with counsel and defendant present as noted.  Also present on the call was U.S. Probation Officer, Brandan Hall.  The Court heard statements from counsel and the defendant regarding the pending motion. The Court being sufficiently advised, it is hereby

   **ORDERED** as follows:

   1. With the consent of defendant, Rodney Scott Phelps, Hon. Andrew Stephens shall remain as CJA counsel for defendant through resolution of the Motion for Order of Forfeiture for Forfeiture Money Judgment.

   2. The United States shall file a supplemental brief on the forfeiture issue by **no later than September 24, 2020.**

   3. Defense counsel shall file a response **within two (2) weeks** thereafter.

   4. The matter will then stand submitted to the Court for ruling.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

Initials of Deputy Clerk:  jmb
TIC: 0/21