Eastern District of Kentucky
**FILED**

SEP 30 2020

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff-Appellee, | : | CASE NO. 6:17-cr-00036-CHB-HAI |
| v. | : | JUDGE BOOM |
| RODNEY SCOTT PHELPS, | : | |
| Defendant-Appellant. | : | |

## DEFENDANT-APPELLANT'S MOTION FOR TRANSCRIPTS OF EX PARTE OR SEALED HEARINGS

Defendant-Appellant Rodney Scott Phelps, through appellate counsel, respectfully asks this Court to provide to counsel, for purposes of appeal, transcripts from ex parte or sealed hearings. Reasons in support of this motion are more fully stated in the attached Memorandum in Support.

Respectfully submitted,

/s/ by JES

Kort Gatterdam (0040434)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

Counsel for Defendant-Appellant