**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. 6:17-36-CHB-HAI**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**V.**          **UNITED STATES'S RESPONSE TO MOTION**
                 **FOR TRANSCRIPTS**

**RODNEY SCOTT PHELPS**                                           **DEFENDANT**

*********************

Pursuant to the Court's request [R. 235], the United States hereby responds in opposition to the Defendant's motion for transcripts. Defendant Phelps moved the court for "transcripts from ex parte or sealed hearings," stating that "[r]easons in support of this motion are more fully stated in the attached Memorandum in Support." [R. 234]. However, no reasons in support were attached to the motion.

Without knowing what transcripts the Defendant is seeking and for what reasons, and knowing that those hearings were sealed for reasonable and legitimate grounds, the United States is in no position to consent to their release. Accordingly, the United States is forced to oppose the motion and requests that the motion be denied without prejudice, sufficient to permit the Defendant to re-file the motion with the specific requests and justifications.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: s/ Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov

s/ Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-6874
FAX (859) 233-2747
Ken.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

On October 7, 2020, I electronically filed this document through the ECF system, which provided notice to counsel of record.

/s/ Kathryn M. Anderson
Assistant United States Attorney