

*350 Hospital Way, Suite 100*
*Somerset, Kentucky 42503*
*Phone: (606) 451-2600*
*Website: www.lakecumberlandhospital.com*

**LAKE CUMBERLAND**
Medical Associates

*Another Healthcare Service from Lake Cumberland Regional Hospital*

November 10, 2020

R SCOTT PHELPS
650 S HIGHWAY 27
5201, SOMERSET KY 42501-3501

To whom it may concern:

Mr. Scott Phelps has a number of significant medical problems including type 2 diabetes mellitus and ischemic heart disease. He also is anemic. If he was to be incarcerated and contract COVID-19 it would have the potential to cause significant illness. Due to the risk of contracting COVID-19 in prison, perhaps there is an alternative to imprisonment. Should he have any questions please contact me.

Sincerely,

Gregory Sherry, M.D.

# Exhibit A