# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff-Appellee,** | : | NO. 6:17-cr-00036-CHB-HAI |
| v. | : | **ORDER** |
| **RODNEY SCOTT PHELPS,** | : | |
| **Defendant-Appellant.** | : | |

## ORDER

Upon consideration of Defendant-Appellant's Motion for Release and for Copies of Trial Exhibits, and for good cause shown, Defendant-Appellant's Motion is hereby granted. The Clerk of Courts and/or court reporters shall release and provide to appellate counsel for Defendant-Appellant copies of the trial exhibits for purposes of representing Defendant-Appellant on appeal.

It is so ordered.

This the 1st day of December, 2020.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge