UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION - LONDON
CRIMINAL MINUTES-GENERAL

Case No: <u>6:17-CR-036-CHB-1</u>    At <u>LEXINGTON</u>    Date: <u>December 18, 2020</u>

PRESENT: HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| <u>Jackie Brock</u> | <u>Kimberley Keene</u> | <u>Ken Taylor & Kathryn Anderson</u> |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

<u>DEFENDANT:</u>

Rodney Scott Phelps (Present – via telephone)

ATTORNEY FOR DEFENDANT:

Kort Gatterdam (Appellate CJA – present via telephone)

PROCEEDINGS:   TELEPHONIC CONFERENCE

This matter was called for a telephonic conference to discuss Defendant's Motion for Extension of Time to Self-Surrender for Prison [R. 261], with counsel and Defendant participating as noted. The Court heard argument from counsel and the Defendant regarding the Motion. Defense counsel moved orally that, if the Motion for Extension of Time to Self-Surrender for Prison is denied, the Court should extend the time of self-surrender to no earlier than April 5, 2021, due to the COVID-19 pandemic. A separate order shall issue.

*/s/ Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

Copies To:
COR, USP, USM

Clerk=s Initials: jmb
TIC: 0/25