# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 17-36-CHB**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | **MOTION OF UNITED STATES FOR ORDER TO ALLOW CLERK TO PROVIDE SEALED DOCUMENTS TO UNITED STATES** |
| RODNEY SCOTT PHELPS | DEFENDANT |

\* \* \* \* \*

The Defendant, Rodney Scott Phelps, has appealed his conviction and sentence. To respond to his arguments in the Court of Appeals, the United States must review the sealed documents, filed in the record as docket entry numbers 86, 100, 128, 132, 133, 142 & 147. While some of the documents contain ex parte matters, the documents are required for a complete record on appeal. Therefore, the United States moves for an order to allow the Clerk to mail these sealed documents with Page ID numbers to Charles P. Wisdom Jr., Appellate Counsel for the United States, in lieu of the undersigned.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: s/ Kathryn Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
Kathryn.Anderson@usdoj.gov

## CERTIFICATE OF SERVICE

On February 2, 2021, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all attorneys of record.

s/ Kathryn Anderson
Assistant United States Attorney
