## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**CRIMINAL ACTION NO. 17-36-CHB**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**MOTION OF UNITED STATES**
**V.  FOR ORDER TO ALLOW COURT REPORTER**
**TO PROVIDE SEALED TRANSCRIPTS TO UNITED STATES**

**RODNEY SCOTT PHELPS**                                               **DEFENDANT**

\* \* \* \* \*

The Defendant, Rodney Scott Phelps, has appealed his conviction and sentence. To respond to his arguments in the Court of Appeals, the United States must review the sealed transcripts, filed in the record as docket entry numbers 176, 238, 241, 253, 254, 273 & 274. While some of the transcripts contain ex parte matters, the transcripts are required for a complete record on appeal. Therefore, the United States moves for an order to allow the court reporters to provide these sealed transcripts to the United States.

                                                     Respectfully submitted,

                                                     CARLTON S. SHIER, IV
                                                     ACTING UNITED STATES ATTORNEY

                 By:    <u>s/ Kathryn Anderson</u>
                               Assistant United States Attorney
                               260 W. Vine Street, Suite 300
                               Lexington, Kentucky 40507-1612
                               (859) 685-4885
                               Kathryn.Anderson@usdoj.gov

CERTIFICATE OF SERVICE

On February 2, 2021, I electronically filed this document through the ECF system, which will send the notice of electronic filing to all attorneys of record.

s/ Kathryn Anderson
Assistant United States Attorney
