UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>     Plaintiff,   )<br>  )<br>v.   )<br>  )<br>RODNEY SCOTT PHELPS,   )<br>  )<br>     Defendant.   ) | No. 6:17-CR-36-CHB-HAI<br><br>ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On February 2, 2021, the government filed two motions for transcripts of ex parte or sealed hearings. D.E. 275, 276. To ensure a complete record, **IT IS HEREBY ORDERED** that appellate counsel for Defendant Rodney Phelps **SHALL** file a response to the government's motions (D.E. 275, 276) **on or before Friday, February 12, 2021**. Failure to respond will be construed by the Court as indicating no objection to the government's motions (D.E. 275, 276). The Clerk is **DIRECTED** to serve this order on appellate counsel for Defendant by fax and mail.

This the 3rd day of February, 2021.



Signed By:
Hanly A. Ingram
United States Magistrate Judge