**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**

FEB -9 2021

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff-Appellee, | : | **CASE NO. 6:17-cr-00036-CHB-HAI** |
| | : | |
| v. | : | **JUDGE BOOM** |
| | : | |
| RODNEY SCOTT PHELPS, | : | |
| | : | |
| Defendant-Appellant. | : | |

---

### DEFENDANT-APPELLANT'S RESPONSE
### TO GOVERNMENT'S MOTIONS FOR ORDER
### TO ALLOW CLERK TO PROVIDE SEALED DOCUMENTS TO UNITED STATES

---

Defendant-Appellant Rodney Scott Phelps, through appellate counsel, and pursuant to the

Order filed February 3, 2021 (ECF No. 277, Order, PageID#4926) submits no objection to the

Government's motions requesting sealed documents. (ECF No. 275, Motion, PageID#4920-21;

ECF No. 276, Motion, PageID#4923-24)

Respectfully submitted,

Kort Gatterdam (0040434)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

Counsel for Defendant-Appellant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by first class U.S. mail, postage prepaid,

this February 8, 2021, upon:

Charles P. Wisdom, Jr.
Kathryn M. Anderson
Kenneth Taylor
Assistant U.S. Attorneys
Office of the U.S. Attorney
260 W. Vine Street, Suite 300
Lexington, KY 40507

Kort Gatterdam

050-1427-820303