UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 6:17-CR-36-CHB-HAI |
| RODNEY SCOTT PHELPS, | ) ) | ORDER |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On March 1, 2021, the government filed a motion for copies of sealed documents. D.E. 281. To ensure a complete record, **IT IS HEREBY ORDERED** that appellate counsel for Defendant Rodney Phelps **SHALL** file a response to the government's motion (D.E. 281) **on or before Friday, March 12, 2021**. Failure to respond will be construed by the Court as indicating no objection to the government's motion (D.E. 281). The Clerk is **DIRECTED** to serve this order on appellate counsel for Defendant by fax and mail.

This the 3rd day of March, 2021.



Signed By:
Hanly A. Ingram
United States Magistrate Judge