Eastern District of Kentucky
F I L E D
MAR 10 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff-Appellee, | : | CASE NO. 6:17-cr-00036-CHB-HAI |
| | : | |
| v. | : | JUDGE BOOM |
| | : | |
| RODNEY SCOTT PHELPS, | : | |
| | : | |
| Defendant-Appellant. | : | |

### DEFENDANT-APPELLANT'S RESPONSE TO GOVERNMENT'S MOTION FOR ORDER TO ALLOW CLERK TO PROVIDE SEALED DOCUMENTS TO UNITED STATES

Defendant-Appellant Rodney Scott Phelps, through appellate counsel, and pursuant to the Order filed March 3, 2021 (ECF No. 283, Order, PageID#5038) submits no objection to the Government's motion requesting sealed documents (ECF No. 281, Motion, PageID#4932–33) except that regarding the documents containing Mr. Phelps' medical records (ECF Nos. 38, 39, 51, 57), this Court issue a protective order requiring the attorneys for the Government to keep these record confidential and to not disclose them to third-parties.

Respectfully submitted,

_____
Kort Gatterdam (0040434)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

Counsel for Defendant-Appellant

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by first class U.S. mail, postage prepaid, this March 9, 2021, upon:

Charles P. Wisdom, Jr.
Kathryn M. Anderson
Kenneth Taylor
Assistant U.S. Attorneys
Office of the U.S. Attorney
260 W. Vine Street, Suite 300
Lexington, KY 40507

_____
Kort Gatterdam

050-1427-822897