Eastern District of Kentucky
FILED

MAR 11 2021

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff-Appellee, | : | CASE NO. 6:17-cr-00036-CHB-HAI |
| v. | : | JUDGE BOOM |
| RODNEY SCOTT PHELPS, | : | |
| Defendant-Appellant. | : | |

### DEFENDANT-APPELLANT'S RESPONSE TO SHOW CAUSE ORDER

On March 8, 2021, this Court denied Defendant-Appellant Rodney Scott Phelps' Motion for Extension of time to Self-Surrender to Prison (ECF No. 284, Order, PageID#5039–43; ECF No. 282, Motion, PageID#4935–5037) In its Order, this Court wrote:

> The Court is not convinced that further delay of Defendant's self-surrender date would significantly protect him from COVID-19 when Defendant is able to get vaccinated before his self-surrender date. To that end, the Court requests Defendant show cause as to his efforts to obtain a vaccination.

(ECF No. 284, Order, PageID#5043) This Court further ordered Phelps, by March 11, 2021, to update "the Court on what efforts Defendant has undertaken to get vaccinated."

Pursuant to this directive, Mr. Phelps informs this Court that he has legitimate concerns regarding the safety of receiving a COVID-19 vaccine in light of his medical history. Because of these concerns, he has not, to date, received a vaccine and remains hesitant to do so. However, Mr. Phelps has an appointment scheduled for Tuesday, March 16, 2021, with his doctor, Dr. Gregory Sherry, to discuss his concerns. After this appointment, Mr. Phelps intends to make a final, informed decision as to whether he intends to obtain a vaccine. Mr. Phelps will update this Court about his decision following his appointment.

Respectfully submitted,

*/s/ Kort Gatterdam per auth CG 0085155*

Kort Gatterdam (0040434)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
E-mail: gatterdam@carpenterlipps.com

Counsel for Defendant-Appellant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by first class U.S. mail, postage prepaid, this 10th day of March, 2021, upon:

Charles P. Wisdom, Jr.
Kathryn M. Anderson
Kenneth Taylor
Assistant U.S. Attorneys
Office of the U.S. Attorney
260 W. Vine Street, Suite 300
Lexington, KY 40507

*/s/ Kort Gatterdam per auth CG 0085155*

Kort Gatterdam

050-1427-823144

2