UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 6:17-CR-36-CHB-HAI |
| v. | ) ) | ORDER |
| RODNEY SCOTT PHELPS, | ) ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On March 1, 2021, the government filed a motion for copies of sealed documents. D.E. 281. The Defendant, through counsel, has filed a response to the government's motion indicating no objection except as to Defendant's medical records. D.E. 285. Defendant requests a protective order requiring the government to keep the medical records confidential and not disclose them to third parties. *Id.*

Accordingly, **IT IS HEREBY ORDERED** that the government shall respond to the third-party disclosure issue **on or before Wednesday, March 17, 2021**. Failure to respond will be construed by the Court as indicating no objection to Defendant's request.

This the 11th day of March, 2021.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge