**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**CRIMINAL ACTION NO. 6:17-36-CHB-HAI**

**UNITED STATES OF AMERICA**            **PLAINTIFF**

**V.**    **REPLY OF UNITED STATES IN SUPPORT OF MOTION**
       **TO ALLOW CLERK TO PROVIDE SEALED DOCUMENTS**

**RODNEY SCOTT PHELPS**            **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The United States moved for copies of sealed documents filed in the record in order to properly address some issues for appeal. [R. 281.] The Defendant responded without opposition to the request, except that he requested that the documents containing the Defendant's medical records be subjected to a protective order requiring that the Government not disclose these items to third parties. [R. 285.] The United States will not disclose those documents to third parties, except in court filings as necessary to respond to the Defendant's appeal. If sensitive medical information is needed to respond to the appeal, the United States will take necessary precautions to ensure that those items are redacted from the public record. The United States has no issue with the Court entering a protective order as to R. 38, 39, 51, and 57, to this effect.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: s/ Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-6874
FAX (859) 233-2747
Ken.Taylor@usdoj.gov


s/ Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov


CERTIFICATE OF SERVICE

On March 11, 2021, I electronically filed this document through the ECF system, which provided notice to counsel of record.


s/ Kathryn M. Anderson
Assistant United States Attorney