UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>RODNEY SCOTT PHELPS, )<br> )<br>    Defendant. ) | No. 6:17-CR-36-CHB-HAI<br><br>ORDER |

\*\*\* \*\*\* \*\*\* \*\*\*

On March 1, 2021, the government filed a motion for copies of sealed documents. D.E. 281. The Defendant, through counsel, filed a response to the government's motion indicating no objection except as to Defendant's medical records. D.E. 285. Defendant requested a protective order requiring the government to keep the medical records (D.E. 38, 39, 51, 57) confidential and not disclose them to third parties. *Id.* The government has responded indicating no objection to the request. D.E. 288.

Accordingly**, IT IS HEREBY ORDERED** that the government's motion (D.E. 281) is **GRANTED**. The clerk is directed to provide the requested sealed documents to the government. **IT IS FURTHER ORDERED** that the government **SHALL** keep the medical records located at Docket Entries 38, 39, 51, and 57 confidential and not disclose them to third parties.

This the 12th day of March, 2021.



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge