Eastern District of Kentucky
FILED

OCT 05 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT LONDON

RODNEY SCOTT PHELPS
MOVANT

V.                                                      CASE NO: 6:17-CR-36-CHB-HAI

UNITED STATES OF AMRICA
RESPONDENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Motion requesting response from the motion filed August 29th, 2023 at the Clerks Office in London, Kentucky on extension for the 2255 proceedings.**

Comes now Rodney Scott Phelps, (Phelps), filing pro se, requesting a response

from a Motion for extension on the 2255 proceedings. I have not received any

response from the court approving or denying extension of time. I wanted to file

this for the record in-case something would come up in the future.

As the court knows I am not attorney and do not have the money to hire an

attorney. I do apologize to the court if this motion is not drawn up correctly.

I request all responses be mailed to: 4005 Madira Dr Somerset, Kentucky 42501

I respectfully request an extension of time and also request and pray the court

appoints me attorney to represent me in all these motions and up-coming

appeals.

October 2nd, 2023,                              Respectfully Submitted,


Rodney Scott Phelps, Pro Se,
Federal Reg# 21576-032
4005 Madira Drive
Somerset, Kentucky 42501