UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:17-CR-036-CHB-HAI-1 |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR EXPEDITED** |
| RODNEY SCOTT PHELPS, | ) | **RESPONSE** |
| | ) | |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on Defendant Rodney Scott Phelps' Motion for Permission to Travel Help Care for Elderly Parents. [R. 368]. Having reviewed the Motion, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1.  The response deadline to Defendant Phelps' Motion for Permission to Travel Help Care for Elderly Parents [**R. 368**] **SHALL BE EXPEDITED**. The response of the United States shall be filed **no later than 5:00 p.m. on Monday, January 22, 2024.** The Court will construe a lack of response as no objection to the motion.

This the 12th day of January, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

1