UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:17-CR-036-CHB- |
| | ) | HAI-1 |
| v. | ) | |
| | ) | |
| RODNEY SCOTT PHELPS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on Defendant Rodney Scott Phelps's Sealed Motion for Leave to Seal a Document. [R. 371]. On review of the filing content, the Court finds the Sealed Reply to Response [R. 372] properly sealed. Accordingly,

**IT IS ORDERED** that Defendant Phelps' Sealed Motion for Leave to Seal a Document [**R. 371**] is **GRANTED**. Phelps's Sealed Reply [**R. 372**] **SHALL** remain **SEALED**.

This the 31st day of January, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -