UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:17-CR-00036- |
| | ) | CHB-HAI-1 |
| v. | ) | |
| | ) | |
| RODNEY SCOTT PHELPS, | ) | **ORDER RESCHEDULING HEARING** |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on its own motion to reschedule the motion hearing currently scheduled for March 10, 2026, at 8:30 a.m.  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.      The motion hearing currently scheduled for March 10, 2026, is **RESCHEDULED** to the same date, **Tuesday, March 10, 2026, at the hour of <u>9:00 a.m.</u>**, before the Honorable Claria Horn Boom, United States District Judge, at the United States Courthouse in **London, Kentucky**.

This the 6th day of March, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -