UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – GENERAL

Case No.  6:17-CR-036-CHB-1            At  London            Date  March 10, 2026

USA vs Rodney Scott Phelps        X  present      custody     X  bond     OR    Age

PRESENT:  HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

|                Mike Mejia                |                Kim Keene                |            Kathryn M. Dieruf            |
| :--------------------------------------: | :-------------------------------------: | :------------------------------------: |
|               Deputy Clerk               |              Court Reporter             |         Assistant U.S. Attorney        |

Counsel for Defendant: Larry Brandon West        X  present        pro se     X  appointed

PROCEEDINGS:  **HEARING on MOTION re Compassionate Release [R. 395]**

The parties appeared as noted for an oral argument hearing relating to Defendant's Motion re Compassionate Release Pursuant to §3582(c)(1)(A), [**R. 395**].  The Court briefly reviewed the case summary and engaged all present in an exchange concerning the current case status.

The Court heard argument from counsel regarding the motion.  Accordingly, it is hereby **ORDERED** as follows:

1.  The Motion re Compassionate Release Pursuant to §3582(c)(1)(A), [**R. 395**], is **DENIED**.

2.  The Court **AMENDS** Defendant Phelps' current report date of April 7, 2026, *see* Amended Revocation Judgement, [**R. 400**], to a **new report date of March 17, 2026, by 2:00 p.m**. Defendant Phelps is directed to self-surrender to the United States Marshal in London, Kentucky.

3.  A **Restitution Hearing** is **SCHEDULED** for **Tuesday, June 2, 2026, at the hour of 1:00 p.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the United States Courthouse in **London, Kentucky**.

4.  The Defendant remains on previously imposed conditions of release pending report date.

Copies:  COR, USP, USM,
Initials of Deputy Clerk: mm
TIC: 0/50