# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION

Eastern District of Kentucky
**FILED**

MAR 1 6 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

      Plaintiff,

                                       Criminal Action No.
                                       6:17-CR-00036-CHB-HAI-I

V,

RODNEY SCOTT PHELPS

      Defendant,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes Defendant Rodney Scott Phelps filing this pro se motion again for reconsideration of compassionate release for the forgoing reason's. I do not have anyone to take care of my 97 year old father whom is solely dependent on me. First, I fully understand the court has order me to be at the camp in Sterns Kentucky for serve a 30 day sentence. I am not trying to get out of serving this sentence. I do not have anyone to care for my 97 year old father. I have had my Father for almost one year and not one family/relative has been to see him, Not one. My father and I were very very close. My mother ask me about three months before she passed away unexpectedly February 21st, 2024 to make sure, I took care of my father.

I have called several home agencies and with the success of two of them calling me back. Both have sent me emails on the tremendous cost of this service for 30 days. One home health company wanted $24,000.00. My father or myself can not afford this. I told the court that I thought my father received $2600.00 a month in Social Security pay. I was able to confirm from my niece he gets $2395.00 a month. I have forwarded these emails to my Probation Officer Peyton Broughton from these Home Health agencies and their cost. I also tried again Sunday night

at church to seek help in caring for my father. I called to inquire about getting a loan. I do not have the income to qualify for a $30,000 personal loan. My 97 year old father can not stand up it takes two and sometime three people to give him a shower. He requires help in every aspect from the time he gets up in the morning and all through the night as well. I don't know what to do. I have contacted my probation officer and sent him emails to this effect.

My wife is leaving Somerset, Ky on Saturday 11th, 2026 to fly out for Mexico on Monday April 13th, 2026. She is going with our daughter and this trip has been planned for several months. The company my daughter works for is sending her and one other person along with several others from her work on this trip.

I am also in the process of hiring an attorney (thanks to friends and family) to see what my options are and most importantly file a corrected Compassionate release which will state facts and so much more why the court should grant me compassionate release. The compassionate release I finally read when I obtain a copy from the clerks office last week which was filed without my knowledge was the most generic compassionate release I have ever read. Brandon West the attorney never called me one time to discuss or go over this so called compassionate release. I have spoke to a para legal of an attorney which I explain my situation and they according to what I was telling him about my father, my health issues and my wife heath problems they said I met all the criteria for a compassionate release and reduction in sentence. If the compassionate release was in fact written correctly with verifiable facts which wouldn't be hard to do.

Furthermore, I have requested a copy of my complete file three times from Brandon West and to date have not receive the requested copy. When I requested a copy in the elevator at the Federal Courthouse on the date of my last hearing. He cursed me, I then left two additional messages on his phone and I have not spoke to him since. I called my Probation Officer and shared with him Brandon West exact words. I would never use such language. He is the most unprofessional attorney I have ever met. This is not the first time Brandon West has shouted extreme profanities at me.

I am not trying to get out of serving this 30 days. I do not have anyone to care for my father for 30 straight days and nights. I was told if I abandon my father I could be charged for this as well. My wife said the other day that maybe I should take my father and move into government apartment somewhere. This has caused so much stress on all of us. I don't understand why the account has been paid up and will continue to be paid.

Please give me enough time to continue look for help with my father and interview attorneys to hire. This takes time due to me caring for my father. I have people that will come for a few hours at a time but not 24 hours 7 days a week. Once I can get appointment with an attorney I can have someone to come sit with my father while I go to the appointment.

In closing, I am very sorry and in no way disrespecting the court in any way. I am not trying to get out of service 30 days.

Respectfully submitted,

Rodney Scott Phelps

Attached:

Letter from my wife

Emails from the Home Health Agencies

Signed letter from the nurse familiar with my father

To Whom It May Concern,

My name is Suzette Waldron. I am writing to provide my observations and professional opinion regarding the care and living environment of Mr. Cecil Phelps.

Mr. Phelps is currently in the advanced stages of Alzheimer's disease. At this stage of the illness, he is unable to stand independently, feed himself, or manage his bowel and urinary needs without assistance. As a result, he requires consistent, attentive, and compassionate caregiving to ensure his safety, comfort, and overall well-being.

Mr. Phelps currently resides in the home of his son, Scott Phelps, and Scott's wife, Pam Phelps. They are responsible for providing his daily care and ensuring that his physical and emotional needs are met. Based on my personal observations while assisting in Mr. Phelps' care, Scott Phelps maintains a strong, supportive, and reassuring relationship with his father. Mr. Phelps responds particularly well to Scott and appears to derive significant comfort from Scott's presence and reassurance. Scott regularly reminds Mr. Phelps that he is at home and that he is safe and cared for, which helps reduce confusion and distress.

Individuals in the advanced stages of Alzheimer's disease frequently experience severe disorientation, confusion, and anxiety when their routine or environment is altered. In my observation, Mr. Phelps benefits greatly from the stability and familiarity of his current home environment. He responds well to his limited in-home nursing care, in-home assistance within the home. However, when he is removed from this environment or his routine is disrupted, he becomes noticeably confused and distressed.

Alzheimer's disease often creates a persistent state of uncertainty and disorientation for those affected. For this reason, maintaining a stable and familiar environment is critically important for supporting Mr. Phelps' emotional well-being, quality of life, and overall health. As the disease progresses, individuals often become increasingly sensitive to environmental changes and disruptions in routine.

Based on my time caring for Mr. Phelps and my observations of his daily interactions and responses, it is my professional opinion that remaining in his current home with Scott and Pam Phelps is in his best interest. The routine, familiarity, and support he receives in this environment help him remain as calm, comfortable, and secure as possible. Relocating Mr. Phelps from this setting would likely result in significant confusion, distress, and a decline in his emotional well-being.

I provide this statement based on my personal observations and experience assisting with Mr. Phelps' care.

Sincerely,

Suzette Waldron

March 7th, 2016

Re: Mr. Cecil Phelps

To Whom It May Concern,

I am writing this statement regarding Mr. Cecil Phelps and his current medical condition, including his diagnosis of Alzheimer's disease and other related health issues. I am personally familiar with Mr. Phelps and his circumstances. With more than sixty years of experience as a nurse and caregiver, I feel qualified to offer my professional opinion regarding his care and living environment.

Based on my knowledge and experience caring for individuals with Alzheimer's disease, it is my professional opinion that removing Mr. Phelps from his current residence would be extremely harmful to his health and well-being. Individuals suffering from Alzheimer's rely heavily on familiar environments, routines, and caregivers. A significant change in surroundings often results in severe confusion, emotional distress, and can accelerate cognitive and physical decline.

Mr. Phelps is currently being cared for by his son, Scott Phelps, who has served as his primary caregiver for nearly one year. During this time, Mr. Phelps has been provided with attentive care, stability, and a supportive environment. Scott Phelps is the primary caregiver Mr. Phelps has come to know and rely on since the progression of his Alzheimer's disease.

In my professional judgment, removing Mr. Phelps from his current home and separating him from the care of his son would likely have devastating consequences for his health, safety, and overall quality of life. Maintaining consistency in his environment and caregiving is critically important for someone living with Alzheimer's disease.

It is therefore my strong professional recommendation that Mr. Cecil Phelps remain in his current residence under the care and supervision of his son, Scott Phelps.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Joyce Stinson
Signature: _Joyce Stinson_
Date: _3 7 26_
_606-302-4697_
State of _____
County of _____

Subscribed and sworn before me on this _____ day of _____, **20**.

Notary Public: _____
My Commission Expires: _____

3/14/26, 5:19 PM

Outlook

## Care inquiry follow up

**From** Kelli Whitehead <kelli.whitehead@lifelinehomecareky.com>

**Date** Thu 3/12/2026 3:05 PM

**To** scottphelps@hotmail.com <scottphelps@hotmail.com>

**Cc** Amy Henderson <amy.henderson@lifelinehomecareky.com>

Dear Mr. Phelps,

I hope you are doing well. I wanted to follow up regarding our recent conversation about providing care services for Cecil Phelps.

As discussed, our base rate for care services is $39.00-$40.00 an hour with a 3-hour minimum per week, with the final numbers determined after a care review. A care review will need to be completed before services begin so we can properly assess needs and develop an appropriate care plan.

We currently have availability for a care review on the following dates:

- 3/17/26

- 3/20/26

- 3/24/26

Once the care review is completed, we will coordinate a target start date for services. Please note that we will need some time after the review to hire and assign caregivers who are the best fit for Cecil's needs, so there may be a short lead time before care officially begins.

Please let me know which care review date works best for you, or if there is another time that would be more convenient. I am happy to answer any questions and provide additional details as needed.

Thank you, and I look forward to working with you.

Best regards,
Kelli Whitehead
Assistant Regional Director - Lifeline Homecare

The Cumberland

246 Poplar Ave. Ste 3

3/14/26, 5:19 PM

Somerset, KY 42503
P: 606-676-0959
F: 606-678-9157
kelli.whitehead@lifelinehomecareky.com

 Outlook

## Visiting Angels Homecare

**From** Ronda S. Martinez <rondam@visitingangels.com>

**Date** Wed 3/11/2026 2:00 PM

**To** scottphelps@hotmail.com <scottphelps@hotmail.com>

Dear Scott,
thank you for speaking with me today regarding home care services for your father. As
we discussed, I wanted to provide a clear outline of our current rates.
For 24-hour care provided outside of Madison County KY, the rate is $33 per hour.
Please keep in mind that for care plans that are not 24/7, our rates vary based on the following:
Overnights- 8pm-8am is $34 per hour,
Weekends with a 4hr minimum $35 per hour. Monday through Friday with a 4hr minimum is $33
per hour..
We do not charge based on the level of care required, so these rates remain
consistent regardless of the specific services provided during our visits.
Here is a link that can give you a general idea of the services we
offer  https://form.jotform.com/203236620215039.
If you have more questions, or you would like to set up a time to meet please let me know, I'm
happy to help.

Thank You
--

*Ronda M.*
*Assistant Director*
*Phone: (859)353-8965*
*Rondam@visitingangels.com*
*www.visitingangels.com*

 Outlook

## Re: Visiting Angels Homecare

**From** Peyton Broughton <Peyton_Broughton@kyep.uscourts.gov>
**Date** Wed 3/11/2026 2:51 PM
**To**   Scott Phelps <Scottphelps@hotmail.com>

Thank you for the info, Pam.

Peyton J. Broughton
U.S. Probation Officer
Eastern District of Kentucky
310 South Main Street, Room 248
London, KY 40741
606-389-4112 (direct)
859-347-6268 (cell)

**From:** Scott Phelps <Scottphelps@hotmail.com>
**Sent:** Wednesday, March 11, 2026 2:43 PM
**To:** Peyton Broughton <Peyton_Broughton@kyep.uscourts.gov>
**Subject:** Fw: Visiting Angels Homecare

**CAUTION - EXTERNAL:**

I hope this goes through this is Pam Scott's wife. Do you need anything from me on when I'm leaving for Mexico. My daughter's company is sending her and one guest (me) to Quintana, Mexico.  I cannot take care of Scott's Dad, if I wasn't going on this trip. Scott does the majority of his care. I can sit with him; I cannot lift him. And I sure can't change his depends when he has bowel movements. Our son does not have time regardless of what everyone thinks. Where do they dream this stuff up at?

Scott is all he has period!

Please email or text me if you need anything further from me.

Thank you,
Pam

.

**From:** Ronda S. Martinez <rondam@visitingangels.com>
**Sent:** Wednesday, March 11, 2026 1:59 PM
**To:** scottphelps@hotmail.com <scottphelps@hotmail.com>

**Subject:** Visiting Angels Homecare

Dear Scott,
thank you for speaking with me today regarding home care services for your father. As we discussed, I wanted to provide a clear outline of our current rates.
For 24-hour care provided outside of Madison County KY, the rate is $33 per hour.
Please keep in mind that for care plans that are not 24/7, our rates vary based on the following:
Overnights- 8pm-8am is $34 per hour,
Weekends with a 4hr minimum $35 per hour. Monday through Friday with a 4hr minimum is $33 per hour..
We do not charge based on the level of care required, so these rates remain consistent regardless of the specific services provided during our visits.
Here is a link that can give you a general idea of the services we offer  https://form.jotform.com/203236620215039.
If you have more questions, or you would like to set up a time to meet please let me know, I'm happy to help.


Thank You
--
*Ronda M.*
*Assistant Director*
*Phone: (859)353-8965*
*Rondam@visitingangels.com*
*www.visitingangels.com*
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Honorable Judge Boom,

I, Pamela Phelps, am writing this letter regarding my husband Rodney Scott Phelps. Regardless what the court may think, we have tried to get help with my father-in-law for 30 days with no luck. The cost is outragious to say the least. We cannot afford this amount of money! We forwarded the estimated costs from the home health agencies to Peyton Broughton for his review. We were told this was not covered under medicare or the VA and was only self pay. This information is part of the documents my husband is filing with the court.

I do not understand why you are so adamant about putting my husband in prison again for 30 days. Can you please tell me what this is going to resolve. I can assure you that he did not understand the consequences that was involved due to the fact that he is under so much stress with dealing with his own health issues, not alone caring for his father. Scott is a private person and does not discuss his health problems. All he wants is to take care of his father like he promised his mother he would do before her death.

I can assure you Scott did not take anyones money. He would help anyone before he would steal anything. We have been married 46 years and if anyone would

Know him it would be me.

Every year there is hundreds of people that are convicted of crimes they did not commit. You hear more and more of people being released from prison for crimes they did not commit.

I remember well that once we found out the money that was invested from ~~sell~~ the sale of equipment was gone. Scott tried to inform everyone that he knew that the money was gone.

This has been devastating for us along with his health issues, his dying father, two years in prison, now this; another thirty days in prison. I am very certain his father does not have many days left on this earth and I pray Scott is not in prison when that day comes.

I ask you to please reconsider your decision,

Pamela Phelps